UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21454-CIV-HOEVELER

**TASHIMBE WILLIAMS,**

    Movant,
v.

**UNITED STATES OF AMERICA,**

    Respondent,

**CLOSED CIVIL CASE**

___

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

BEFORE the Court is the final Report and Recommendation submitted by United States Magistrate Judge Patrick A. White on December 15, 2009 [ECF No. 12], regarding Tashimbe Williams's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255. Mr. Williams has not filed objections to the Report and Recommendation and the time for doing so has passed.

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the pertinent portions of the record and is fully advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 12] of Magistrate Judge White is ADOPTED in its entirety and incorporated herein.

2. Tashimbe Williams's Motion to Vacate Pursuant to 28 U.S.C.

1

§ 2255 [ECF No. 1] is DENIED.

3. All pending motions are DENIED as moot. This case is closed.

DONE AND ORDERED in Miami, Florida, September 9th 2010.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE